CAROLYN M. WELSHHANS (DC Bar No. 489120)
STEVEN D. BUCHHOLZ (Cal. Bar No. 202638)
JOHN K. HAN (Cal. Bar No. 208086)
  hanjo@sec.gov
ALICE L. JENSEN (Cal. Bar No. 203327)
  jensena@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:22-cv-02565-RS |
| Plaintiff, | |
| v. | **Stipulation and Order For Entry of Judgment and to Vacate Court Dates** |
| DAVID MATA, | |
| Defendant. | |

The parties stipulate and agree as to the following:

1.      The parties to this stipulation are plaintiff, the Securities and Exchange Commission ("SEC"), and defendant, David Mata ("Mata").

2.      "The Block Bits Civil Cases":  On April 27, 2022, the SEC filed a civil action against Block Bits Capital, LLC, Block Bits Capital GP I, LLC and Japheth Dillman. *See SEC v. Block Bits Capital, LLC, Block Bits Capital GP I, LLC and Japheth Dillman*, 3:22-cv-02563-RS.  The SEC also filed a separate civil action against David Mata. *See SEC v. David Mata*, 3:22-cv-2565-RS.  The allegations in the two SEC civil complaints are substantially the same, namely that Dillman and Mata made misrepresentations in the promotion of their enterprise, the Block Bits Fund I.

1   3.  The SEC filed a separate complaint against Mata because the SEC and Mata had

2 worked out a resolution of the matter and, accordingly, filed a Consent and Proposed Judgment at the

3 time of filing the complaint.  *See* Proposed Order of Judgment and Consent. [#2].

4   4.  The Consent of Mata provides: "Defendant agrees that the Commission may present

5 the Judgment to the Court for signature and entry without further notice." (#2-1).

6   5.  The Proposed Judgment orders, among other things, that Mata is: enjoined from

7 violating federal securities laws and the Investment Advisors Act of 1940; enjoined from

8 participating in the issuance, purchase, offer, or sale of any securities (except for his own personal

9 account); and is liable for disgorgement of $75,000 plus prejudgment interest.  [#2].

10   6.  With regard to civil monetary penalties, the Proposed Judgement does not order such

11 penalties at this time.  However, the SEC reserved the right to seek such penalties at a later time by

12 filing a motion with the Court.  In addition, the Proposed Judgment provides that "this Court shall

13 retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment." [#2].

14   7.  Accordingly, the parties agree that the Court may sign the Proposed Judgment and

15 enter it as the final judgment in this case.  (In the event that the SEC decides to seek civil monetary

16 penalties, the SEC will file a motion with the Court which will re-open the case for the purposes of

17 this issue.)

18   8.  If the Court agrees with the Parties' stipulation and signs the Proposed Judgment, the

19 Parties believe that the Clerk's notice setting the Case Management Statement date (August 24, 2022)

20 and the Case Management Conference date (August 31, 2022) (#10) are moot and should be

21 vacated.[1]

22

23

24

25

26

27

28

---

[1] The related criminal case pending against Mr. Mata (*U.S. v. David Mata*, 22-cr-00171-RS), in which Mr. Mata has pleaded guilty and is pending sentencing, is not affected by this Stipulation.

9.     WHEREFORE, the parties stipulate and agree that: (1) the Court may sign and enter the Proposed Judgment, and (2) Vacate the Case Management Statement date and the Case Management Conference date.

Dated:  August 15, 2022                          /s/ John K. Han
                                                 John K. Han
                                                 Attorney for Plaintiff
                                                 Securities and Exchange Commission
                                                 44 Montgomery St., Suite 2800
                                                 San Francisco, CA 9410
                                                 Telephone:415-705-2500
                                                 hanjo@sec.gov


Dated:  August 15, 2022                          /s/ David R. Callaway / jkh with permission
                                                 David R. Callaway
                                                 Attorney for Defendant David Mata
                                                 Goodwin Proctor LLP
                                                 601 Marshall St.
                                                 Redwood City, CA  94063
                                                 650-752-3261


                              *        *        *

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Court will sign and enter the proposed Judgment.  The currently scheduled dates for filing a Case Management Statement (August 24, 2022) and the Case Management Conference itself (August 31, 2022) are accordingly vacated as moot.


DATED:  August 17 , 2022                         _____
                                                 THE HONORABLE RICHARD SEEBORG
                                                 UNITED STATES DISTRICT JUDGE


Stipulation and Order for Entry of Judgment 3:22-
cv-0265-RS

3